UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Case No. 11 CR 479 |
| v. | ) | |
| | ) | Hon. Sharon Johnson Coleman |
| GLORIA HARPER | ) | |
| ALICE SHERROD | ) | |
| DERRICK EUBANKS | ) | |
| TOMMIE BODDIE, and | ) | |
| BARRETT WHITE | ) | |

**PROTECTIVE ORDER DIRECTING THE INTERLOCUTORY
SALE OF CERTAIN PROPERTY**

This matter coming before the Court on the government, defendant Tommie

Boddie, defendant Barrett White, and defendant Derrick Eubanks' agreed motion for

entry of a protective order directing the interlocutory sale of certain property pursuant

to the provisions of Title 21, United States Code, Section 853(e)(1)(A), and the Court

being fully advised finds as follows:

1.      On July 13, 2011, a federal grand jury returned a multi-count indictment

charging defendants with honest services wire fraud, in violation of Title 18, United

States Code, Sections 1343 and 1346, bribery concerning programs receiving federal

funds, in violation of Title 18, United States Code, Section 666, and filing false tax

returns.

2.      The indictment seeks forfeiture to the United States, pursuant to 18

U.S.C. §981(a)(1)(c), as incorporated by 28 U.S.C. § 2461(c), of any and all right, title,

and interest the defendants may have in any property constituting and derived from

the proceeds traceable to the wire fraud violations, including the following business

vehicles:

| YEAR, MAKE, MODEL | VEHICLE NUMBER |
|---|---|
| 1988 MCI Hawkeye | 1TUCH6A7JR006746 |
| 1990 Chevrolet Pickup | 1GCGK24K8LE136917 |
| 1994 International Bus | 1HVBAZRP6RH592426 |
| 1995 GMC Bus | 1GDHG31K4SF508113 |
| 1995 GMC Bus | 1GDHG31Y2TF503370 |
| 1995 Navistar Bus | 1HVBBABP8SH265427 |
| 1995 Navistar Bus | 1HVBBABPXSH265428 |
| 1996 Chevrolet Bluebird | 1GBHG31K8TF107660 |
| 1996 Ford Aerotech | 1FDLE40F7THA82479 |
| 1997 Bluebird Bus | 1BAAKCSA9VF070360 |
| 1997 Mercury Villager GS | 4M2DV11166VDJ05653 |
| 1997 Thomas Bus | 4CDT7AM2XS2700835 |
| 1998 Bluebird Bus | 1BAAKCSH0WF082282 |
| 1998 Bluebird Bus | 1BAAHCSH0WF082281 |
| 1998 Chevrolet | 1GBHG31R2W1088599 |
| 1998 Chevrolet GMC 3500 Bus | 1GDHG31F2W1076479 |
| 1998 Chevrolet Venture GS Van | 1GNDX03EXWD299249 |
| 1998 Ford Windstar GL Van | 2FMZA51U4WBC70922 |
| 1998 International Bluebird Bus | 1HVBBABP6WH634954 |
| 1999 Bluebird Bus | 1BAAKCSH4XF088345 |
| 1999 Dodge Grand Caravan | 2B4GP24G4XR159744 |
| 1999 Dodge Grand Caravan | 1B4GP44G1XB602085 |
| 1999 GMC Bluebird | 1GDL7T1C0WJ514089 |
| 1999 International | 1HVBBABP0XH237175 |
| 1999 International Amtran | 1HVBBABP6XH202091 |
| 1999 International Amtran | 1HVBBABP1XH202094 |
| 1999 Pontiac Van Montana | 1GMDU06E0XD176361 |
| 1999 Pontiac Van Montana | 1GMDX03E8XD325837 |
| 2000 Bluebird Bus | 1GDL7T1C5YJ514835 |
| 2000 Dodge Van | 2B4GP2537YR852062 |
| 2000 GMC Bluebird | 1GD67T1C2XJ515102 |
| 2000 GMC Bluebird | 1GDL7T1C1XJ518203 |
| 2000 GMC Corbeil/Bus | 1GDJG31F1Y1202920 |
| 2000 GMC Corbeil/Bus | 1GDJG31F6Y1202833 |
| 2000 International Amtran | 1HVBBAAP9YH302754 |
| 2001 Chevrolet Venture LS | 1GNDX03E01D128325 |
| 2001 Dodge Grand Caravan | 2B8GP44G61R116489 |
| 2002 Chevrolet Venture | 1GNDX03E82D159808 |
| 2002 Dodge Van | 2B4GP44R82R705662 |
| 2002 Pontiac Montana | 1GMDU23EX2D111428 |

| 2006 Chevrolet Uplander | | 1GNDV33L06D126720 |
| 2007 GMC Van | | 1GDFG15T571141046 |

3.  The United States, defendant Tommie Boddie, defendant Barrett White, and defendant Derrick Eubanks request action by this Court because financial responsibilities relating to the subject vehicles are burdensome, including the storage and maintenance of the vehicles. Moreover permitting the sale of the vehicles now would increase the amount, after satisfaction of obligations, that will be available for forfeiture to the United States upon conviction.

4.  Pursuant to 21 U.S.C. § 853, this Court has jurisdiction to enter orders or to take other action to preserve and to protect property to insure that the property or its equity will be available for forfeiture in the event of conviction.

5.  Title 21, United States Code, Section 853(e)(1) provides in pertinent part:

> Upon application of the United States, the Court may enter a restraining order or injunction, require the execution of a satisfactory performance bond, or take any other action to preserve the availability of property described in subsection (a) of this section for forfeiture under this section -
>
> > (A)   upon the filing of an indictment or information charging a violation of this subchapter or subchapter II of this chapter for which criminal forfeiture may be ordered under this section and alleging that the property with respect to which the order is sought would, in the event of conviction, be subject to forfeiture under this section.

6.  Accordingly, in order to preserve the availability of the equity in the vehicle subject to forfeiture this court shall enter a protective order directing the interlocutory sale of the vehicles by the United States Marshals Service, and that the proceeds from the sale, after payment of certain verifiable costs, be retained in an

escrow account maintained by the United States Marshals Service, pending further order of this Court.

7.     Further, that to the extent the United States Marshals Service incurs certain costs, the United States Marshals Service shall be permitted to deduct from the proceeds of the sale of the vehicle, any reasonable and necessary costs incurred to effectuate the sale of the vehicle and costs incurred to maintain the vehicle, if any, pending sale.

Accordingly, it is hereby ORDERED, ADJUDGED, AND DECREED:

(a)     That, the agreed motion for entry of a protective order allowing the interlocutory sale of:

| YEAR, MAKE, MODEL | VEHICLE NUMBER |
|---|---|
| 1988 MCI Hawkeye | 1TUCH6A7JR006746 |
| 1990 Chevrolet Pickup | 1GCGK24K8LE136917 |
| 1994 International Bus | 1HVBAZRP6RH592426 |
| 1995 GMC Bus | 1GDHG31K4SF508113 |
| 1995 GMC Bus | 1GDHG31Y2TF503370 |
| 1995 Navistar Bus | 1HVBBABP8SH265427 |
| 1995 Navistar Bus | 1HVBBABPXSH265428 |
| 1996 Chevrolet Bluebird | 1GBHG31K8TF107660 |
| 1996 Ford Aerotech | 1FDLE40F7THA82479 |
| 1997 Bluebird Bus | 1BAAKCSA9VF070360 |
| 1997 Mercury Villager GS | 4M2DV11166VDJ05653 |
| 1997 Thomas Bus | 4CDT7AM2XS2700835 |
| 1998 Bluebird Bus | 1BAAKCSH0WF082282 |
| 1998 Bluebird Bus | 1BAAHCSH0WF082281 |
| 1998 Chevrolet | 1GBHG31R2W1088599 |
| 1998 Chevrolet GMC 3500 Bus | 1GDHG31F2W1076479 |
| 1998 Chevrolet Venture GS Van | 1GNDX03EXWD299249 |
| 1998 Ford Windstar GL Van | 2FMZA51U4WBC70922 |
| 1998 International Bluebird Bus | 1HVBBABP6WH634954 |

| | |
|---|---|
| 1999 Bluebird Bus | 1BAAKCSH4XF088345 |
| 1999 Dodge Grand Caravan | 2B4GP24G4XR159744 |
| 1999 Dodge Grand Caravan | 1B4GP44G1XB602085 |
| 1999 GMC Bluebird | 1GDL7T1C0WJ514089 |
| 1999 International | 1HVBBABP0XH237175 |
| 1999 International Amtran | 1HVBBABP6XH202091 |
| 1999 International Amtran | 1HVBBABP1XH202094 |
| 1999 Pontiac Van Montana | 1GMDU06E0XD176361 |
| 1999 Pontiac Van Montana | 1GMDX03E8XD325837 |
| 2000 Bluebird Bus | 1GDL7T1C5YJ514835 |
| 2000 Dodge Van | 2B4GP2537YR852062 |
| 2000 GMC Bluebird | 1GD67T1C2XJ515102 |
| 2000 GMC Bluebird | 1GDL7T1C1XJ518203 |
| 2000 GMC Corbeil/Bus | 1GDJG31F1Y1202920 |
| 2000 GMC Corbeil/Bus | 1GDJG31F6Y1202833 |
| 2000 International Amtran | 1HVBBAAP9YH302754 |
| 2001 Chevrolet Venture LS | 1GNDX03E01D128325 |
| 2001 Dodge Grand Caravan | 2B8GP44G61R116489 |
| 2002 Chevrolet Venture | 1GNDX03E82D159808 |
| 2002 Dodge Van | 2B4GP44R82R705662 |
| 2002 Pontiac Montana | 1GMDU23EX2D111428 |
| 2006 Chevrolet Uplander | 1GNDV33L06D126720 |
| 2007 GMC Van | 1GDFG15T571141046 |

shall be sold at the direction of the United States Marshals Service; it is further ordered,

(b)     That, the proceeds from the sale of the subject vehicle, after the payment of verifiable costs, shall be retained in the Seized Assets Deposit Fund by the United States Marshals Service pending further order of this Court; it is further ordered,

(c)     That the United States Marshal service shall be permitted to inspect and seize the vehicles to effectuate the interlocutory sale and defendants shall execute any documents necessary to effectuate the interlocutory sale of the vehicles; it is further ordered,

(d)     That, the United States Marshal Service may incur certain costs and shall

be permitted to deduct from the proceeds of the sale of the subject vehicle, any reasonable and necessary costs incurred to effectuate the sale of the vehicle to maintain the vehicle, if any, pending sale; it is further ordered,

(e)     This Court shall retain jurisdiction in this matter to take additional action and enter further orders as necessary to implement and enforce this protective order directing the interlocutory sale of the above-identified real property.


_____
Sharon Johnson Coleman
United States District Judge

DATED:   October 26, 2011